Robert K Lu (Cal. Bar. No. 198607)
rlu@reidwise.com
**REID & WISE LLP**
U.S. Bank Tower
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: 619.300.1849

*Attorneys for Plaintiff Yutao Li*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUTAO LI,<br>Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND TAE D. JOHNSON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Defendants. | Case No. CV 21-08685 MCS (PVC)<br>**JOINT STATUS REPORT**<br>Honorable Mark C. Scarsi<br>United States District Judge |

Pursuant to the Joint Stipulation to Stay [ECF 22] and this Court's Order staying the case [ECF 23], Plaintiff Yutao Li and Defendants U.S. Immigration and Customs Enforcement and Tae D. Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, (hereinafter "Federal Defendants"), through their respective counsel, respectfully submit this Joint Status Report.

1. Plaintiff filed his complaint on November 3, 2021 [ECF 1], against Defendants Bank of America, N.A., U.S. Immigration and Customs Enforcement (ICE) and Tae D. Johnson, Acting Director of ICE, alleging that the Defendants wrongfully seized funds from Plaintiff's account at Bank of America.

2. The funds were seized from Plaintiff's account pursuant to a warrant issued by this Court on October 20, 2020 (2:20-mj-05069). A copy of the warrant has been provided to Plaintiff's attorneys.

3. A criminal Information was filed on April 23, 2021, against defendant Qi, an employee of Bank of America, for conspiracy with others known and unknown to commit an offense against the United States, namely, making false entries in the books, reports, and statements of Bank of America, in violation of Title 18, United States Code, Section 1005. A plea agreement was filed the same day. (2:21-cr-00200-RGK).

4. On January 7, 2022, Defendant Bank of America was dismissed from the instant action. [ECF 27].

5. Negotiations between Plaintiff and the U.S. Attorney's Office, Criminal Division, Asset Forfeiture Section, have progressed and a resolution is expected to be finalized within the next thirty (30) days, at which time Plaintiff expects to dismiss this instant action.

6. As such the Parties respectfully request the Court to stay this instant case for another thirty (30) days to allow Plaintiff and the U.S. Attorney's Office, Criminal Division, Asset Forfeiture Section, to finalize the resolution of the seizure of Plaintiff's funds.

Accordingly, the Parties respectfully request a stay of the instant action until July 5, 2022.

DATED: June 2, 2022

REID & WISE LLP

*/s/ Robert K. Lu*
ROBERT K. LU
Attorney for Plaintiff

DATED: June 2, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Joanne S. Osinoff*
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
Attorneys for Federal Defendants

## ATTESTATION OF FILER

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 2, 2022

*/s/ Robert K. Lu*
ROBERT K. LU
Attorney for Plaintiff